UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

_____        _____

_____        _____

_____        _____

<u>Anthony Isaac Williams Sr.</u>        <u>14797-041</u>
*(Enter above the full name of the plaintiff*        *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**        **CIVIL ACTION NO.** <u>5:10-1193</u>
        *(Number to be assigned by Court)*

<u>D.J. Harmon, Mr. Thompson</u>

<u>MS. Thorne, Mr. Cullop</u>

<u>Mr. Deal, Mr. Cowger</u>

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

FILED

OCT - 7 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

Yes _____        No __X__

1

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

    Plaintiffs: _____

_____

_____

    Defendants: _____

_____

_____

    2.    Court (if federal court, name the district; if state court, name the county);

_____

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

_____

    5.    Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

II.     **Place of Present Confinement:** FCI - Beckley, WV.

    A.     Is there a prisoner grievance procedure in this institution?

             Yes __X__          No _____

    B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

             Yes __X__          No _____

    C.     If you answer is YES:

        1.     What steps did you take? I wrote a BP-10 sensitive issue to Mid Atlantic Regional office

        2.     What was the result? _____

                              _____

    D.     If your answer is NO, explain why not: _____

                                _____

III.    **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.     Name of Plaintiff: Anthony Williams, Reg. No. 14797-041

           Address: FCI - Beckley  PO Box 350  Beaver, WV. 25813

    B.     Additional Plaintiff(s) and Address(es): _____

                                _____

                                _____

                                _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: D.J. Harmon

is employed as: Acting Warden

at FCI - Beckley, WV.

D.   Additional defendants: Mr. Thompson Health Services Administrator

Ms. Thorne Medical Assistant, Mr. Cullop Nurse

Mr. Deal Officer, Mr. Cooger Officer

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 14, 2010 at or about 10:30am - 11:30am Medical Assistant, Ms. Thorne told me she had to give me a T.B. test shot. As soon as she gave me the shot my arm swelled up and started burning and itching and hurting very badly. At 5:00pm July 14, 2010 Nurse Cullop told me that I was given the wrong shot! I said to him is this why my arm hurts so bad? he said don't worry about it, it was only a tentanus shot! At 9:00pm the night of July 14, 2010 I asked Nurse Cullop what was the name of the

4

**IV.   Statement of Claim (continued):**

Medical Assistant who gave me the shot. His response was why? I said because giving me the wrong shot was negligence. He stated it wasn't her fault, why do you want to know her name? I said because it's my right to know! He then said get out of my face before I have you sent to segregation! On July 15, 2010 at or about 9:00am I was told to report to HealthServices once I got there Ms. Thorne, Mr. Cullop and Nurse Mr. Walker was there, Mr. Walker asked to see my arm he asked me how do it feels, I told him it hurts

**V.   ▇▇▇ (Statement of Claim Continued):**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

and itches pretty bad. He said I see it's pretty swollen Ms. Thorne said maybe he is positive for T.B. Mr. Walker said how would you know that you gave him the wrong shot?! I said I know I'm not positive. Mr. Walker said I know, but we will have to give you the right shot next week to be sure because we can't tell from this. I am O.C.D. and I have a phobia of germs and syringes. Not only was I in pain but I was mentally stressed because of the statement medical assistant Ms. Thorne made about me



(Statement of Claim Continued):

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

maybe positive with the disease / germ T.B. So I had Mr. Kock my counselor call psychologist Dr. Martin to explain to her what happen to me and what I was going through mentally and pysically he did he even told her she need to see me today. Unit Officer Cowger refused to let me go see Dr. Martin he said because Compond Officer Deal wouldn't let me. So Dr. Martin told Mr. Koch I'll have to see him next week. This made me like Acting Warden Mr. Harmon and

4

(Statement of Claim continued):

State here as briefly as possible the underlined facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Health Services Administrator Mr. Thompson are not doing a good job as supervisors. The Administration at FCI-Beckley WV. made me feel like because I am a inmate I have no right to be treated with respect, consideration or dignity. If I was on the street and this happen I would have been treated with respect and filed a lawsuit and never went to that hospital again! This incident left me feeling a mixture of anger, disappointment, fear, and anxiety all wrapped up in one,

**IV.    Statement of Claim (continued):**

which left me immobile as if paralyzed. I've suffered
Mental Anguish and severe permanent emotional distress as
well as personal damages. Because to this day I do not
Know what was injected into my arm. I have ▓▓▓▓ high
Triglcerides and Cholesterol so I have to take Simvastation
10 MG Tab and I am severely depress and stressed over
the negligence of the Health Services at FCI-Beckley WV.
So I also take citalopram 40 MG Tab every Night because
I have to take these medications I have to have my

**V.    ▓▓▓    Statement of Claim (continued):**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

blood drawn every 3 months. Because of the negligences
of FCI-Beckley, WV. HealthServices Department and the
Administration and staff members named in this lawsuit
I am very terrify of syringes. I do not and will not
never be able to trust HealthServices at FCI-▓▓ Beckley-
WV. In this lawsuit I am asking to be transferred to
my home state which is Minnesota all of this extra
Stress isn't good for my mental State. I'm emotional
Stressed. I do not get to see Dr. Martin enough as it is.

**IV.   Statement of Claim (continued):**

July 25, 2010 3:06 am I was awaken because the itching in my arm wouldn't allow me to sleep ~~anot~~ not a full night anyway! I have not had a full night of sleep in 11 nights. I feel like cutting this lump/ bump out of my arm. I'm asking Dr. Martin to put me back on the sleep ad medication! Prison officials may be held liable under the Eight Amendment only if they act with deliberate indifference or reckless disregard for a prisoner's safety. July 21, 2010 I was tested for T.B. I tested negative!

**V.   Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be transferred to FMC Rochester, Minnesota very soon. And I would like to be rewarded 5 million dollars because I've suffered undo Mental Anguish and severe permanent emotional distress as well as personal damages. And a time cut (reduce sentencing.) This is what I want the court to do for me.

**V.** **Relief (continued)):**

_____

_____

_____

_____

_____

**VII.** **Counsel**

    **A.** If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        _____

    **B.** Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____ No _X_

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____

    _____

    If not, state your reasons: I ca not afford an private lawyer. I can't afford the filing fee!

    **C.** Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____ No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this __30__ day of __September__ , 20_10_ .

_Anthony William_

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9 - 30 - 2010___ .
                        (Date)

_Anthony William_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

### Certificate of Service

I, Anthony Williams, do hereby certify that a true and correct copy of the foregoing Motion was sent via U.S. Postal Service mail to the following parties.

Clerk, United States District Court
110 North Heber Street, Room 119
Beckley, WV 25801

Signed this ___30___ day of __September__, 2010.

Respectfully Submitted

*Anthony William*
Anthony Williams

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-30-10__
(Date)

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14797041 | Current Institution: | Beckley FCI |
| Inmate Name: | WILLIAMS, ANTHONY | Housing Unit: | BEC-A-D |
| Report Date: | 07/16/2010 | Living Quarters: | A08-418L |
| Report Time: | 2:52:34 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6334 |
| PAC #: | 373813510 |
| FRP Participation Status: | Participating |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 3/10/2008 |
| Local Account Activation Date: | 4/16/2010 4:15:14 AM |
| Sort Codes: | |
| Last Account Update: | 7/15/2010 12:46:45 PM |
| Account Status: | Active |
| Phone Balance: | $0.17 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $3.25 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.25 |
| National 6 Months Deposits: | $316.50 |
| National 6 Months Withdrawals: | $410.21 |
| National 6 Months Avg Daily Balance: | $31.47 |
| Local Max. Balance - Prev. 30 Days: | $33.10 |
| Average Balance - Prev. 30 Days: | $5.85 |

Anthony Williams
Reg. No. 14797-041
FCI - Beckley, WV.
PO Box 350
Beaver, WV. 25813

10-4-2010

United States District Court
Southern District of West Virginia
Teresa L. Deppner, Clerk
Robert C. Byrd U.S. Courthouse
110 N. Heber Street, Room 119
Beckley, West Virginia 25801

Dear Ms. Deppner:
    The Administrative Remedy Coordinator at
Federal Institution Beckley refuse to give me the
full names of the defendants. I can be transferring
any day so I am filing now because I do not want
the papers to get lose during the transfer.

Sincerely,
Anthony Williams

## Certificate of Service

I, Anthony Williams, do hereby certify that a true and correct copy of the foregoing Motion was sent via U.S. Postal Service mail to the following parties.

Clerk, United States District Court
110 North Heber Street, Room 119
Beckley, WV 25801

Signed this __30__ day of __September__, 2010.

Respectfully Submitted

_Anthony Williams_
Anthony Williams

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9-30-10__
(Date)

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: AUGUST 18, 2010



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : ANTHONY ISAAC WILLIAMS, 14797-041
      BECKLEY FCI     UNT: POPLAR     QTR: A08-418L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 603155-F1
DATE RECEIVED  : AUGUST 17, 2010
RESPONSE DUE   : SEPTEMBER 6, 2010
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: AUGUST 30, 2010


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : ANTHONY ISAAC WILLIAMS, 14797-041
      BECKLEY FCI     UNT: POPLAR     QTR: A08-418L


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 603155-F1
DATE RECEIVED  : AUGUST 17, 2010
RESPONSE DUE   : SEPTEMBER 26, 2010
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Walker, PA / HealthServices | DATE: 8-13-10 |
|---|---|
| FROM: Anthony Williams | REGISTER NO.: 14797-041 |
| WORK ASSIGNMENT: Ded. | UNIT: RBU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

How long is this lump/bump going to be inside my arm where Medical Assit. Ms. Thorne injected the wrong medication? And when will it stop itching? I'm not coming to sick call to be charged. and I do not trust your Health Services! I just want to be transferred to a institution where I can trust Medical, I'm very uncomfortable with Medical staff here. You know why?

(Do not write below this line)

DISPOSITION: Mr. Williams if you are still having issues č your arm, I would suggest you make sick call and let your primary care provider assess the situation. After reviewing your file it appears you have not made sick call for this problem.

| Signature Staff Member Jeff Walker FcO/PA | Date 8/19/2010. |
|---|---|

Record Copy - File; Copy - Inmate  FcO/PA
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



Anthony Williams
Reg. No. 14791-074
Unit R-01 CC 1349
Federal Correctional Institution Beckley
Post Office Box 350
Beaver, West Virginia 25813

United States District Court
Southern District of West Virginia
United States Courthouse
Robert C. Byrd Courthouse
110 N. Heber Street
Beckley, West Virginia 25801

Legal Mail

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
PO BOX 1280
BEAVER, WV 25813

DATE _____ 10-1-10

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS